```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA

— against —

JUSTIN SANJURJO,

        Defendant.

17 CR 114(VM)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: June 1, 2021

**VICTOR MARRERO, United States District Judge.**

    It is hereby ordered that due to the ongoing public health emergency, the conference scheduled for Friday, June 4, 2021 at 11:00 a.m. will take place by telephone, using the dial-in 888-363-4749 (international callers dial 215-446-3662), access code 8392198.

**SO ORDERED.**

Dated: New York, New York
      1 June 2021

*/s/ Victor Marrero*
Victor Marrero
U.S.D.J.